DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KEVIN ALLEN ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      v.                      )<br>                              )<br> KEVIN ALLEN ROBERTS,          )<br>                              )<br>           Defendant.         )<br> _____ ) | Cr.S. 06-179-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 11, 2006<br><br>TIME: 9:30 a.m.<br><br>JUDGE: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through MICHELLE RODERIGUEZ, Assistant U.S. Attorney, and defendant, KEVIN ALLEN ROBERTS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that a status conference set for June 6, 2006 be continued to July 11, 2006 at 9:30 a.m.

   Speedy trial time is to be excluded from June 6, 2006 through the date of the status conference set for July 11, 2006 pursuant

/ / /

/ / /

to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local

1  Code T4).
2       DATED: June 1, 2006
3                                   Respectfully submitted,
4                                   DANIEL J. BRODERICK
                                    Acting Federal Defender
5
                                    /S/ Dennis S. Waks
6                                   _____
                                    DENNIS S. WAKS
7                                   Supervising Assistant Federal Defender
                                    Attorney for Defendant
8                                   KEVIN ALLEN ROBERTS
9       DATED: June 1, 2006
10                                  McGREGOR W. SCOTT
                                    United States Attorney
11
12                                  /S/ Dennis S. Waks for
13                                  _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
14
                    _____
15                               O R D E R
16          IT IS SO ORDERED.
17
        DATED: June 2, 2006
18
                                    /s/ Lawrence K. Karlton
19                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
20                                  UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

2