DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KEVIN ALLEN ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 06-179-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: August 1, 2006 |
| KEVIN ALLEN ROBERTS, | ) | |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODERIGUEZ, Assistant U.S. Attorney, and defendant, KEVIN ALLEN ROBERTS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that a status conference set for July 18, 2006 be continued for a change of plea hearing on August 1, 2006 at 9:30 a.m.

Speedy trial time is to be excluded from July 18, 2006 through the date of the change of plea set for August 1, 2006 pursuant

/ / /

to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local

1  Code T4).
2      DATED: July 13, 2006
3                                      Respectfully submitted,
4                                      DANIEL J. BRODERICK
                                       Federal Defender
5
                                       /S/ Dennis S. Waks
6                                      _____
                                       DENNIS S. WAKS
7                                      Supervising Assistant Federal Defender
                                       Attorney for Defendant
8                                      KEVIN ALLEN ROBERTS

9      DATED: July 13, 2006
10                                     McGREGOR W. SCOTT
                                       United States Attorney
11
12                                     /S/ Dennis S. Waks for
13                                     _____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
14
                    _____
15                                O R D E R
16          IT IS SO ORDERED.
17
       DATED: July 14, 2006           [signature]
18                                     _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
19                                     UNITED STATES DISTRICT COURT
20
21
22
23
24
25
26
27
28

2