DANIEL J. BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KEVIN ALLEN ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) KEVIN ALLEN ROBERTS, ) ) Defendant. ) ) _____ ) | Cr.S. 06-179-LKK **STIPULATION AND ORDER** JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, KEVIN ALLEN ROBERTS, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that on May 20, 2008 this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  court granted the Government's oral Motion to Dismiss the Petition to
2  revoke the defendant's Supervised Release filed on 01/24/2008.  The
3  parties request that the court enter this written motion to dismiss,
4  thereby allowing the defendant to be transported to Lassen County to
5  answer pending criminal charges.
6  DATED: June 2, 2008

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KEVIN ALLEN ROBERTS
```

       DATED: June 2, 2008

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /S/ Dennis S. Waks for
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
```

_____

O R D E R

       IT IS SO ORDERED.

       DATED: June 3, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT